**In re Daniel Johnson WILLIS, Petitioner.**

**In re Daniel Johnson Willis, Petitioner.**

**In re Daniel Johnson Willis, Petitioner.**

**In re Daniel Johnson Willis, Petitioner.**

**In re Daniel Johnson Willis, Petitioner.**

**In re Daniel Johnson Willis, Petitioner.**

Nos. 14–440, 14–441, 14–443, 14–444, 14–445, 14–447.

United States Court of Appeals, Fourth Circuit.

Submitted: March 9, 2015.

Decided: March 18, 2015.

Daniel Johnson Willis, Appellant Pro Se.

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Johnson Willis appeals the district court's orders denying authorization

to file six civil actions and denying his motions for recusal and to amend his pleadings under Fed.R.Civ.P. 15. Willis is required to file a motion for leave to file a complaint in the Eastern District of North Carolina under pre-filing injunctions imposed by this court and the district court. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *In re: Willis*, Nos. 4:13–mc–00005–H; 4:13–mc–00006–H; 4:13–mc–00007–H; 4:13–mc–00008–H; 4:14–mc00001–H; 4:14–mc–00002–H (E.D.N.C. Aug. 12 & Sept. 15, 2014). We deny Willis's motion to file the appeal under the pre-filing injunction, or for permission to appeal, as unnecessary. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*